**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant,
COUNTY OF SAN JOAQUIN (Erroneously sued
herein as SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT)
SAN JOAQUIN COUNTY SHERIFF STEVE MOORE,
DEPUTIES AYERS, BINGHAM, GRAHAM, HERRERO, HOSKINS,
KISSELL, PADILLA, REYES, RUST, AND WHELAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHULTZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; SAN JOAQUIN COUNTY SHERIFF STEVE MOORE; DEPUTY SHERIFS AYERS, BINGHAM, GRAHAM, HERRERO, HOSKINS, KISSELL, PADILLA, REYES, RUST, WHELEN, and JOHN DOES #1, UNIVERSAL PROTECTION SERVICES, UNIVERSAL PROTECTION SERVICES AGENTS AND EMPLOYEES NORMA AHUILAR, MATHEW MORENO, and GREG LATIMER,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-02468-TLN-KJN<br><br>**ORDER ON STIPULATION FOR THE FILING OF THE DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[LOCAL RULE 144]** |

## ORDER

Having reviewed the stipulation of the parties (ECF 22) and good cause appearing therefore, the foregoing stipulation for an extension of time for the filing of responsive pleadings is hereby granted.

The new deadline for SAN JOAQUIN COUNTY, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, AND DEFENDANTS AYERS, BINGHAM, GRAHAM, HERRERO, HOSKINS, KISSELL, PADILLA, REYES, RUST, and WHELEN to file a responsive pleading to ECF 21 is March 9, 2022.

IT IS SO ORDERED.

_____

DATED: February 11, 2022

_____
Troy L. Nunley
United States District Judge

---

Page 2
ORDER ON STIPULATION OF DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT [LOCAL RULE 144]